UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Peter Solomon,

                Plaintiff,               **SCHEDULING ORDER**

      -against-                CV 08-703  (ADS) (ARL)

Nassau County, et al.

                Defendant.
-----------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      The following pretrial schedule is adopted:

**January 29, 2009**    Deadline for commencement of motion practice for joinder of additional parties or amendment of pleadings.

**April 29, 2009:**    All discovery, inclusive of expert discovery, to be concluded.

**May 13, 2009:**    Any party planning on making a dispositive motion must take the first step in the motion process by this date or risk forfeiting the right to make such a motion.  Parties are directed to consult the district judge's individual rules regarding such motion practice.

**May 28, 2009 :**    Final conference before the undersigned at 2:30 p.m.  Meaningful settlement discussions will occur at the conference.  Clients or other persons with full settlement authority must be available by telephone.

      This scheduling order will be modified by the Court only upon a timely showing of good cause.  Any request for modification of this scheduling order must be in writing, and submitted in accordance with the undersigned's Individual Rule 1 (D).

      All parties are advised that they are under a continuing obligation to keep the Court apprised of any changes in their contact information including, but not limited to, their addresses.

Dated: Central Islip, New York            SO ORDERED:
      October 21, 2008

                                                    _____/s/_____
                                                    ARLENE ROSARIO LINDSAY
                                                    United States Magistrate Judge